| | |
|---|---|
| SEYFARTH SHAW LLP<br>Daniel R. Sable (SBN 245171)<br>dsable@seyfarth.com<br>Sierra J. Chinn-Liu (SBN 322994)<br>schinnliu@seyfarth.com<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021<br>Telephone:  (310) 277-7200<br>Facsimile:   (310) 201-5219<br><br>*Attorneys for Defendants* | LAW OFFICES OF STEPHENSON,<br>AQUISTO & COLMAN, INC.<br>Joy Stephenson-Laws (SBN 113755)<br>jstephensonlaws@sacfirm.com<br>Richard A. Lovich (SBN 113472)<br>rlovich@sacfirm.com<br>Karlene Rogers-Aberman (SBN 297883)<br>kaberman@saclaw.com<br>Michelle A. Wedderburn (SBN 287316)<br>mwedderburn@saclaw.com<br>303 N. Glenoaks Blvd., Suite 700<br>Burbank, California 91502<br>Telephone:  (818) 559-4477<br>Facsimile:   (818) 559-5484<br><br>*Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCRIPPS HEALTH,<br><br>        Plaintiff,<br><br>     v.<br><br>HUMANA INSURANCE COMPANY;<br>HUMANA HEALTH PLAN, INC. and<br>DOES 1 THROUGH 25, INCLUSIVE,<br><br>        Defendants. | Case No. 3:24-cv-00092-L-MMP<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT BY 21 DAYS**<br><br>Action Filed: December 15, 2023<br>Removal Filed: January 12, 2024<br><br>Current Deadline: January 19, 2024<br>Extended Deadline: February 9, 2024 |

      Pursuant to Local Rules 7.2 and 12.1, 6-1, Plaintiff Scripps Health ("Plaintiff") and Defendants Humana Insurance Company and Humana Health Plan of California, Inc. ("Defendants") (collectively, the "Parties") jointly stipulate and move as follows:

      1.    On December 15, 2023, Plaintiff filed and served Defendants with its Complaint.

      2.    Defendants filed a Notice of Removal of the action to the above Court on January 12, 2024.

3. Defendants' responsive pleading deadline, which has not previously been extended, is currently January 19, 2024.

4. Defendants need additional time to investigate the claims, and the Parties intend to explore a potential early resolution of the matter, and in light of those efforts, agree that good cause exists for a twenty-one (21) day extension of Defendants' deadline.

NOW, THEREFORE, subject to the Court's approval, the Parties hereby stipulate and agree to a twenty-one (21) day extension of Defendants' time to respond to the Complaint, to **February 9, 2024**.

IT IS SO STIPULATED.

DATED:  January 16, 2024				SEYFARTH SHAW LLP


								By: /s/ *Sierra J. Chinn-Liu*
								     Sierra J. Chinn-Liu
								*Attorneys for Defendants*

DATED:  January 16, 2024				Respectfully submitted,

								LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.


								By: */s/ Michelle A. Wedderburn*
								     Michelle A. Wedderburn
								*Attorneys for Plaintiff*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michelle A. Wedderburn, counsel for Plaintiff Scripps Health, and that I have obtained Ms. Wedderburn's authorization to affix her electronic signature to this document.

					/s/ *Sierra J. Chinn-Liu*
					    Sierra J. Chinn-Liu