LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
JOY STEPHENSON-LAWS, ESQ. (SBN 113755)
RICHARD A. LOVICH, ESQ. (SBN 113472)
KARLENE ROGERS-ABERMAN, ESQ. (SBN 237883
kaberman@sacfirm.com
MICHELLE A. WEDDERBURN, ESQ. (SBN 287316)
mwedderburn@sacfirm.com
500 N. Brand Blvd., Suite 1450
Glendale, CA 91203
Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiffs,
SCRIPPS HEALTH dba SCRIPPS MEMORIAL HOSPITAL ENCINITAS, SCRIPPS MEMORIAL HOSPITAL LA JOLLA, SCRIPPS MERCY HOSPITAL, and SCRIPPS MERCY HOSPITAL-CHULA VISTA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SCRIPPS HEALTH dba SCRIPPS MEMORIAL HOSPITAL ENCINITAS, a California non-profit public benefit corporation; SCRIPPS MEMORIAL HOSPITAL LA JOLLA, a California non-profit public benefit corporation; SCRIPPS MERCY HOSPITAL, a California non-profit public benefit corporation; SCRIPPS MERCY HOSPITAL-CHULA VISTA, a California non-profit public benefit corporation,

Plaintiffs,

vs.

HUMANA INSURANCE COMPANY, a Wisconsin for-profit corporation; HUMANA HEALTH PLAN, INC., a Delaware for-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,

Defendants.

Case No.: 3:24-cv-00092-L-MMP

**FIRST AMENDED COMPLAINT FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT**

Action filed: December 15, 2023
Removal Filed: January 12, 2024

Amended Complaint: March 1, 2024
Response: March 19, 2024

**PARTIES**

1. Plaintiffs SCRIPPS HEALTH dba SCRIPPS MEMORIAL HOSPITAL ENCINITAS, SCRIPPS MEMORIAL HOSPITAL LA JOLLA, SCRIPPS MERCY HOSPITAL, SCRIPPS MERCY HOSPITAL- CHULA VISTA (collectively "Scripps" ) are each a California non-profit public benefit corporation and existing pursuant to the laws of the State of California. Scripps Memorial Hospital Encinitas has its principal place of operation in the City of Encinitas, County of San Diego, State of California. Scripps Memorial Hospital La Jolla has its principal place of operation in the city of La Jolla, County of San Diego, State of California. Scripps Mercy Hospital has it principal place of operation in the city of San Diego, County of San Diego, State of California. Scripps Mercy Hospital - Chula Vista, has its principal place of operation in the city of Chula Vista, County of San Diego, State of California. Among other responsibilities, Scripps provides medically necessary services, including emergency services, supplies and/or equipment to patients.

2. Defendant Humana Insurance Company is a corporation organized and existing pursuant to the laws of the State of Wisconsin. Humana Insurance Company has its principal place of business in the City of Lexington, County of Jefferson, State of Kentucky. Humana acquired healthcare services company ChoiceCare Network on or around October 1997. Humana Insurance Company is in the business of insuring, providing, sponsoring, financing, issuing, underwriting, and/or administering health care benefits to its enrollees.

3. Defendant Humana Health Plan, Inc. is a corporation organized and existing pursuant to the laws of the State of Kentucky. Humana Health Plan, Inc. is in the business of insuring, providing, sponsoring, financing, issuing, underwriting, and/or administering health care benefits to its enrollees..

4. Defendants Humana Insurance Company and Humana Health Plan,

Inc., and Does 1 through 25, inclusive, shall be collectively referred to as "Humana."

5. Humana, and each of them, at all relevant times, have transacted business in the State of California. The violations alleged within this complaint have been and are being carried out in the State of California, County of San Diego.

6. At all relevant times each of the defendants, including the defendants named "Doe," was and is the agent, employee, employer, joint venturer, representative, alter ego, subsidiary, and/or partner of one or more of the other defendants, and was, in performing the acts complained of herein, acting within the scope of such agency, employment, joint venture, or partnership authority, and/or is in some other way responsible for the acts of one or more of the other defendants.

## COMMON FACTUAL BACKGROUND

7. The claims set forth in Exhibit 1 are subject to the Letter of Agreement, effective September 1, 2002 (the "LOA") between Scripps Health and ChoiceCare Network, which was acquired by Humana on or around October 1997. On or about January 1, 2011, Scripps and Humana entered into entered into a First Amendment to the September 1, 2002, LOA. (Together, "LOA") Pursuant to the LOA, Scripps agreed to provide medically necessary services to various Humana enrollees. In exchange, Humana agreed to pay Scripps for the health care services rendered to those patients at the rates set forth in the LOA. Scripps rendered medically necessary services to the Patients as set forth in Exhibit 1. On the dates indicated on Exhibit 1, Scripps provided medically necessary treatment to the individuals listed in Exhibit 1 (the "Patients").[1]

---

[1] In deference to the Patient's privacy concerns enumerated in Cal. Const. art. I, § 1 as well as the Health Insurance Portability and Accountability Act of 1996 (42 U.S.C. §§ 1230d *et seq.*), the Patients have been identified by File Numbers.

8. Scripps is informed and believes and thereon alleges that at all relevant times the Patients were enrollees of plans insured, provided, sponsored, financed, issued, underwritten, and/or administered by Humana.

9. Scripps timely and properly submitted the billed charges to Humana, for payment by Humana.

10. Humana breached the LOA when it failed to properly pay Scripps pursuant to the provisions of the LOA, including but not limited to § 10.6 of the LOA for the medically necessary services rendered to the Patients, despite demands therefor.

## **FIRST CAUSE OF ACTION**

(Breach of Written Contract)

(Against defendants Humana)

11. Scripps incorporates by reference and re-alleges paragraphs 1 through 10 as though set forth in full.

12. As stated above, under the LOA, Scripps agreed to provide medically necessary services to Humana beneficiaries in exchange for which Humana agreed to pay the LOA rates to Scripps pursuant to the terms of the LOA.

13. Scripps provided medically necessary services to the Patients listed in Exhibit 1 and performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the LOA.

14. Under the LOA, Humana is obligated to reimburse Scripps at various payment rates depending on the type of service provided. The total charges pertaining to the Patients amounted to $7,383,014.14.

15. Scripps demanded that Humana perform its obligations to properly reimburse Scripps at the LOA rates for the medical services, supplies and/or equipment rendered to the Patients.

16. Humana breached the LOA by failing to pay fully, much less to timely pay Scripps the amount due under the LOA.

17. As a result of the breaches by Humana, Scripps suffered damages in a sum to be proven at trial but not less than $840,389.24 exclusive of interest.

## PRAYER FOR RELIEF

**WHEREFORE**, Scripps prays for judgment as follows:

1. for the principal sum to be proven at trial but not less than $840,389.24;

2. for interest on such principal sum at the rate of fifteen percent (15%) per annum, pursuant to Cal. Health & Safety Code § 1371; or, in the alternative, for interest on such principal sum at the rate of 10% per annum, pursuant to Cal. Civ. Code § 3289.

Dated: March 1, 2024

LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.

/s/ Michelle A. Wedderburn

MICHELLE A. WEDDERBURN
Attorneys for
SCRIPPS HEALTH dba SCRIPPS MEMORIAL HOSPITAL ENCINITAS, SCRIPPS MEMORIAL HOSPITAL LA JOLLA, SCRIPPS MERCY HOSPITAL, and SCRIPPS MERCY HOSPITAL-CHULA VISTA

# EXHIBIT 1

SCRIPPS MEMORIAL HOSPITAL ENCINITAS, SCRIPPS MEMORIAL HOSPITAL LA JOLLA, SCRIPPS MERCY HOSPITAL, SCRIPPS MERCY HOSPITAL - CHULA VISTA V. HUMANA

FC 33402 Exhibit 1 - First Amended Complaint (FAC)

| No. | File Number | Admit Date | Discharge Date | Total Charges | Underpaid | Billed DRG |
|---|---|---|---|---|---|---|
| 1 | 003700475869 | 1/11/2022 | 1/14/2022 | $70,962.83 | $17,326.54 | 177 |
| 2 | 003500223807 | 10/6/2019 | 10/8/2019 | $58,465.57 | $9,655.48 | 86 |
| 3 | 003500384127 | 12/11/2020 | 12/11/2020 | $23,938.43 | $3,302.24 | OUTPATIENT SERVICE |
| 4 | 003400248911 | 8/6/2021 | 8/9/2021 | $94,467.92 | $15,380.38 | 481 |
| 5 | 003900560508 | 1/11/2022 | 1/15/2022 | $87,762.69 | $9,261.21 | |
| 6 | 003900474458 | 7/24/2021 | 7/27/2021 | $102,480.46 | $20,698.51 | 417 |
| 7 | 003900427222 | 4/7/2021 | 4/9/2021 | $34,542.57 | $7,605.30 | 312 |
| 8 | 003900388681 | 1/6/2021 | 1/12/2021 | $379,969.11 | $5,023.60 | 273 |
| 9 | 003400225524 | 5/25/2021 | 5/29/2021 | $52,580.53 | $3,990.56 | 418 |
| 10 | 003500290590 | 3/17/2020 | 3/17/2020 | $10,871.10 | $1,179.61 | OUTPATIENT SERVICE |
| 11 | 003900252694 | 1/30/2020 | 1/31/2020 | $27,518.38 | $5,651.54 | 390 |
| 12 | 003700394065 | 5/29/2021 | 6/3/2021 | $102,662.54 | $9,107.03 | 287 |
| 13 | 003500408777 | 2/13/2021 | 3/4/2021 | $682,939.25 | $69,640.90 | 25 |
| 14 | 003400315461 | 4/3/2022 | 4/8/2022 | $129,039.61 | $9,032.08 | 378 |
| 15 | 003900654118 | 7/14/2022 | 7/17/2022 | $80,151.84 | $13,840.88 | 871 |
| 16 | 003700470385 | 12/26/2021 | 12/30/2021 | $68,970.77 | $7,927.21 | 378 |
| 17 | 003700438983 | 9/22/2021 | 6/1/2022 | $2,208,327.17 | $236,952.82 | 871 |
| 18 | 003900095662 | 2/7/2019 | 1/8/2020 | $2,721,661.39 | $341,158.01 | 291 |
| 19 | 003700435190 | 9/11/2021 | 9/14/2021 | $65,136.54 | $7,096.79 | 101 |
| 20 | 003500412271 | 2/23/2021 | 3/4/2021 | $118,942.41 | $6,557.72 | 871 |
| 21 | 003900367442 | 11/30/2020 | 11/30/2020 | $26,477.23 | $3,004.28 | OUTPATIENT SERVICE |
| 22 | 003500439258 | 5/13/2021 | 5/20/2021 | $70,775.59 | $10,708.39 | 291 |
| 23 | 003500157941 | 5/6/2019 | 5/7/2019 | $141,287.29 | $19,034.77 | 243 |
| 24 | 003700128658 | 4/11/2019 | 4/13/2019 | $23,082.92 | $7,253.39 | 202 |
| | | | | **$7,383,014.14** | **$840, 389.24** | |